UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAVA SILBERSTEIN,

           Plaintiff,

-against-

STEPHEN EINSTEIN & ASSOCIATES, P.C.,

           Defendant.

Case No: 7:21-cv-01015-NSR

[PROPOSED] ORDER

**UPON** due consideration of the parties' joint motion to dismiss, it is hereby

**ORDERED** that this case be dismissed without prejudice pursuant Fed. R. Civ. Pro. 12(b)(1), with each party to bear its respective attorney's fees and costs.

Dated: December 17, 2021

_____
HON. NELSON S. ROMAN, U.S.D.J

Clerk of Court requested to terminate the motion (doc. 17).



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021